Kevin MORRIS, Brian Johnson and
Kimberly Morris, Appellants,

v.

ST. LOUIS BOARD OF EDUCATION,
et al., Respondents.

No. ED 77106.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 26, 2000.

Peggy Hardge-Harris, St. Louis, for appellants.

Kenneth C. Brostron, Stephen L. Beimdiek, St. Louis, for respondents.

Before LAWRENCE E. MOONEY, P.J., PAUL J. SIMON and SHERRI B. SULLIVAN, JJ.

## ORDER

PER CURIAM.

Plaintiffs, David Morris, et al., appeal from the adverse judgment in a wrongful death action. No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm pursuant to Rule 84.16(b)(5).